# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-036 |
| SHERIFF TERRY LANGELY and LT. MARK SIMS, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff initiated suit in the Northern District of Florida for incidents alleged to have occurred in the Northern District of Georgia. (Doc. 1.) Northern District of Florida Magistrate Judge William C. Sherrill, Jr., recommended that the case be transferred to the Northern District of Georgia, Newnan Division. (Doc. 3.) However, the action was mistakenly transferred to the Southern District of Georgia.[1] (Doc. 4.) Accordingly, the

---

[1] The transfer order directed that the case be transferred to the Southern District of Georgia, Newnan Division. (Doc. 4.) The only divisions in the Southern District of Georgia, however, are Augusta, Dublin, Savannah, Waycross, Brunswick, and Statesboro. 29 U.S.C. § 90(c). Accordingly, it appears that a simple clerical error delivered the case to this Court.

Court recommends that this action be transferred to the Northern District of Georgia, Newnan Division, pursuant to 28 U.S.C. § 1406(a).

**SO REPORTED AND RECOMMENDED** this 3rd day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA